# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROBERT B. MELSON,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| vs. ) | Case No. **4:04-CV-3422-VEH-HGD** |
| ) | |
| **DONAL CAMPBELL, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Respondent** ) | |

## MEMORANDUM OPINION

On July 27, 2010, the Eleventh Circuit remanded *Melson v. Allen*, 611 F.3d 1380, 2010 WL 2902781 (11th Cir. 2010) to the district court to make fact-findings pursuant to the principles set forth by the United States Supreme Court in *Holland v. Florida*, — U.S.— , 130 S. Ct. 2549, 2560, 2564 (2010) (holding that "serious instances of attorney misconduct" may be "extraordinary circumstances" that, in combination with a petitioner's due diligence, justify equitable tolling of AEDPA's statute of limitations).

The undersigned referred the matter to the magistrate judge with instructions to conduct an evidentiary hearing and thereafter prepare proposed findings of fact and conclusions of law. On March 22, 2011, the magistrate judge filed a report and

recommendation, recommending that Melson's petition for writ of habeas corpus be dismissed with prejudice. (Doc. 87). The report and recommendation was amended on March 23, 2001, with the sole purpose being to correct a scrivener's error. (Doc. 88). Melson filed objections to the report and recommendation on April 4, 2011. (Doc. 89). Respondent filed no objections.

The undersigned has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, as amended (Docs. 87 & 88) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation as amended is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petition is due to be **DISMISSED WITH PREJUDICE**. An appropriate order will be entered.

**DONE** this the 11th day of May, 2011.

**VIRGINIA EMERSON HOPKINS**
United States District Judge